**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

October 19, 2026

Via ECF
Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: *Diaz Cartuche v. Warden,* No. 26-cv-13214 (BRM)**
**Status Update on Bond Hearing**

Dear Judge Martinotti:

This Office represents the Respondents in the above-referenced immigration habeas matter brought by Petitioner, Segundo Geovanny Diaz Cartuche, challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write pursuant to the Court's October 13, 2026, Order, ECF No. 4, to confirm that Respondent was provided the opportunity for a bond hearing on October 15, 2026. At the bond hearing, Petitioner requested a continuance of the bond hearing. His bond hearing was rescheduled for October 21, 2026. Therefore, Respondents respectfully request leave of the Court to file an update as to the bond hearing on or before October 23, 2026.

We thank the Court for its consideration of this request.

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: OCT. 20, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Petitioner *pro se* (provided to ICE for hand delivery)